UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
2005 NOV 18 P 2: 57
CLERK, US DISTRICT COURT
EASTERN DIST. OF CALIF

STEVEN VLASICH,

vs.

- SCRIBNER,

_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

CV-F-03-6014 OWW/SMS HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____
_____
_____
_____

  X    Denied for the following reason:
ALLEGED FACTUAL INSUFFICIENCY AND INSTRUCTIONAL ERROR IN PRISON INMATE ATTACK ON ANOTHER PRISONER DOES NOT RAISE ISSUES DEBATABLE AMONG JURISTS OF REASON.

Dated: 11-16-05

_____
OLIVER W. WANGER
United States District Judge